UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KEVIN R. WALSH,

               Plaintiff,

v.

CALIBER HOME LOANS, INC.,

               Defendant.
---------------------------------------------------------------X

**ORDER**

19-CV-08966 (PMH)

PHILIP M. HALPERN, United States District Judge:

Pursuant to Rule 4(L) of the Court's Individual Practices, oral argument has been scheduled on Defendant's pending motion to dismiss Plaintiff's Complaint. (Doc. 15). The oral argument will be held via video conference on February 16, 2021 at 1:00 p.m.

**At least one week prior to the scheduled oral argument, counsel shall contact the Southern District of New York Technology Department (212-805-0134) to coordinate video conference services.**

SO ORDERED:

Dated: New York, New York
      January 8, 2021

                                               _____
                                               Philip M. Halpern
                                               United States District Judge